**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re:  RONALD F THOMAS<br><br>Debtor(s) | CASE NO.   23-60394<br><br>CHAPTER   13 |

## NOTICE OF AMENDMENT TO DEBTOR'S SCHEDULES OF CREDITORS AND/OR MATRIX

Debtor, pursuant to Bankruptcy Rule 1009(a), hereby gives <u>NOTICE</u> of the names of creditors added to debtor's schedules of creditors and/or mailing matrix as follows:

| NAME AND ADDRESS OF CREDITOR | DATE OF DEBT AND SECURITY, IF ANY | WHETHER DISPUTED | AMOUNT |
|---|---|---|---|

Karla Lewis   (co-debtor added for notice purposes)
2036 Chesterfield Road
Locust Grove, VA 22508

/s/ RONALD F THOMAS
(Debtor Must Sign)

The above-named debtor(s) certifies under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

**CERTIFICATION**

I hereby certify that I have contacted the Bankruptcy Court Clerk's office and the above-styled case has not been closed or I have enclosed herewith a Motion to Reopen and the appropriate filing fees.  I further certify that a true copy of this Notice was duly mailed on June 28, 2023, to the Court, debtor, trustee, U.S. Trustee, and, if the § 341(a) creditors' meeting notice has been issued, to the above-named creditors, which notice of amendment to said creditors shall include a copy of the § 341(a) creditors' meeting notice, proof of claim form, and order of discharge, as applicable. I further certify that I have also filed the Certification Regarding Amended Schedules or Statements. See Local Rule 1009-1.

Dated: June 30, 2023          Signed:       /s/ William Harville
                                            Counsel for Debtor

---

Note:  ALL amendments must be accompanied by a THIRTY-TWO DOLLARS ($32.00) filing fee payable to **Clerk, U. S. Bankruptcy Court**.  Personal checks are not accepted.  **If more than five (5) creditors are added by amendment, counsel for the debtor, or debtor if <u>pro-se</u>, shall file with the Clerk an amended matrix which lists only the added creditors in alphabetical order.**

nas - 12/04/19